# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ANDREW JAMES GASTON, AIS #260494, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) CIVIL ACTION NO. 12-00040-WS-N ) |
| LEEPOSEY DANIELS, | ) ) |
| Respondent. | ) ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation (Doc. 24) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 4, 2014, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Andrew James Gaston's petition for habeas corpus relief under 28 U.S.C. § 2254 (Doc. 1) is **DISMISSED with prejudice** as time-barred and, further, that Petitioner is not entitled to a certificate of appealability or to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the 23rd day of October 2014.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**