# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| ANDREW JAMES GASTON, <br> AIS #260494, <br><br> Petitioner, <br><br> v. <br><br> LEEPOSEY DANIELS, <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 12-00040-WS-N <br> ) <br> ) <br> ) <br> ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that Petitioner Andrew James Gaston's petition for habeas corpus relief under 28 U.S.C. § 2254 (Doc. 1) is **DISMISSED with prejudice** and, further, that Petitioner is not entitled to a certificate of appealability or to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the 23rd day of October 2014.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**